**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

MOHAMMAD A.,

                                Civil No. 26-CV-1585 (JRT/JFD)

            Plaintiff,

v.

                                  **ORDER**

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT;

ADMINISTRATOR SHERBURNE COUNTY
JAIL; and

ICE FIELD OFFICE DIRECTOR,

                        Defendants.

---

This matter is before the Court on the Report and Recommendation issued on March 2, 2026 (Docket No. 9).  Respondents did not file a timely objection to the Report and Recommendation.

Based on the foregoing, and all the files, records, and proceedings herein **IT IS HEREBY ORDERED** that

1. The Magistrate Judge's Report and Recommendation (Docket No. [9]) is **ADOPTED**.

2. Petitioner Mohammad A.'s petition for a writ of habeas corpus (Docket No. [1]) is **GRANTED** as follows:

a. Respondents shall immediately release Petitioner Mohammad A. from custody, subject only to the conditions in his prior order of supervision.

b. Respondents must release Petitioner with all personal effects.

c. Respondents shall file a notice confirming Petitioner's release within 24 hours.

3. Petitioner shall inform the Court by **March 17, 2025**, if there is any reason why the Court should not close this matter.  In the absence of the response from Petitioner by this date, the Court will close the matter.

DATED: March 5, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                  JOHN R. TUNHEIM
                                                    United States District Judge