# UNITED STATES DISTRICT COURT

## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Mohammad Ahmadi,

Petitioner(s),

v.

Case Number: 26-cv-1585 JRT/JFD

U.S. Immigration and Customs Enforcement,
Administrator Sherburne County Jail and ICE
Field Office Director,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

The Court's Order 11 has been satisfied. This matter is closed.

Date: 3/18/2026

KATE M. FOGARTY, CLERK